UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **MAURICE A. CORBIN,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 24, 2005, within the District of Columbia, **MAURICE A. CORBIN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 01-226, did unlawfully and knowingly receive and possess a firearm, that is, a .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## **COUNT TWO**

On or about July 24, 2005, within the District of Columbia, **MAURICE A. CORBIN**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

   (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.