IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Cr. No. 05-346 (EGS) |
| | : |
| MAURICE A. CORBIN, | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR DEFENDANT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Rita Bosworth has assumed responsibility for the defense of Maurice Corbin in the above-captioned case. Mr. Corbin's case had previously been assigned to Assistant Federal Public Defender Michelle Peterson.

Respectfully submitted,

_____/s/_____
Rita Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500