**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0346 (EGS)** |
| | : | |
| **v.** | : | |
| | : | |
| **MAURICE A. CORBIN,** | : | |
| **Defendant.** | : | |

### NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Amy Jeffress no longer represents the United States of America in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Amy Jeffress
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
Bar No. 449258
555 4th Street, NW,  Room 4104
Washington, DC 20530
(202) 514-7624