# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MAURICE A. CORBIN<br>DOB:              PDID#: | DOCKET NO: 05-346 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>MAURICE A. CORBIN | FILED<br>FEB 28 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 USC 922 |
|---|---|
| BAIL FIXED BY COURT:<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE<br>EMMET G. SULLIVAN | DATE ISSUED:<br>9/27/05 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/27/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>2/28/06 | | |