UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-000346 |
| | : | |
| v. | : | Magistrate Judge John Facciola |
| | : | |
| MAURICE A. CORBIN | : | Detention Hearing: March 2, 2006 |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S DETENTION MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits the following facts and argument in support of its request for detention of the defendant as a serious flight risk pursuant to 18 U.S.C. § 3142(f)(1)(D).

**Procedural History and Overview of the Defendant's Criminal History Background**

Defendant Maurice Corbin was arrested by officers from the Metropolitan Police Department on July 24, 2005 and charged with Possession of a Firearm by a Convicted Felon and Possession with Intent to Distribute Cocaine while Armed. On September 15, 2005, the defendant was indicted and a criminal notice was sent to the defendant at 1121 K Street, SE, #23, Washington, DC. The defendant failed to appear for his arraignment on September 27, 2005, and a bench warrant was issued by U.S. District Court Judge Sullivan.

On February 28, 2006, the defendant was presented to this Court for a return on that bench warrant. The defendant was arraigned and pled not guilty. The government requested that the defendant be held without bond pending a detention hearing, stating that the defendant is a serious flight risk because he failed to appear for the arraignment date. The Court granted the government's request and held the defendant without bond until his detention hearing on March

2, 2005 at 1:45 p.m.

To support its request and oral representations at the detention hearing, the government submits the followings facts to the Court to consider in determining whether the defendant is serious flight risk:

| DATE | CASE | ACTION BY COURT OF DEFENDANT |
|---|---|---|
| **July 2000**<br>**Def. was arrested for** | Destruction of Property (Misd.)<br>2000CMD008716 - Sup. Ct. | Personal Recognizance (PR) |
| **September 17, 2000**<br>**Def. was arrested for** | Unauthorized Use of a Vehicle (Felony)<br>2000FEL004302 | PR |
| **September 19, 2000**<br>**Def. was arrested for** | PWID Marij. (Misd.)<br>2000CMD011177 | Third Party Custodian |
| October 17, 2000 | **Def. pled guilty to** Dest. of Prop., UUV, and Att. Poss. of Marij. in the above three cases. | Continued for Sent. on 1/9/01. |
| January 9, 2001 | **Def. failed to appear for sentencing.** | Bench warrant issued. |
| January 25, 2001 | Def. arrested on the bench warrant. | No bond |
| February 1, 2001 | Def. was released | PR |
| February 2, 2001 | Sentencing in all three of the above cases | **Def. was sentenced to 8 to 24 months in jail ESS 18 months supervised probation with employment and drug treatment.** |
| March 7, 2001 | Probation in above three cases commenced, expiring on 8/1/02. | Reported to probation officer |

| | | |
|---|---|---|
| March 9, 2001 Defendant was arrested for | Poss. of a Firearm by a Convicted Felon, Cr. No. 01-226 - USDC for DC | |
| June 21, 2001 | Def. was indicted in Dist. Ct. case | Case was set for arraignment. |
| September 20, 2001 | Dist. Ct. Case, def. was arraigned. | Ct. granted gov't's request for a 10 day probation hold. Def. was held without bond. |
| September 26, 2001 | Superior Ct. Cases | Gov't filed a request for probation hearing. Def. was HWOB until hearing on 11/7/01. |
| November 7, 2001 | Superior Ct. Cases | **Revoked def.'s probation. Def. 's was HWOB until his resentencing on 2/15/02** |
| October 22, 2001 | Dist. Ct. Case - 01-226 | Accepted plea of guilty to firearms offense, 18-922(g) |
| February 7, 2002 | Dist. Ct. Case - 01-226 | Sentenced to 16 months jail time with period of sup. rel. for 3 yrs. with mental health and drug treatment. |
| February 15, 2002 | Superior Ct. Cases | **Resentenced the def to**:<br><br>**DP** - 90 days in jail<br>**UUV**- 3-9 mths. in jail<br>**Att. Poss. of MJ**-30 dys. in jail, concurrent to UUV and Dist. Ct. case, 01-226. |
| **November 11, 2002** | **Dist. Ct. Case - 01-226** | <u>**First**</u> **Supervised Release (SR) Period began** |
| **November 18, 2002**<br>**November 25, 2002**<br>**December 19, 2002** | **Same** | **Tested positive for MJ** |
| **December 3, 2002**<br>**December 10, 2002**<br>**December 30, 2002** | **Same** | **Failed to go to drug treatment** |

| | | |
|---|---|---|
| December 19, 2002 | Same | Tested positive for PCP |
| February 13, 2003 | Same | **FTA for HOV. BWI** |
| March 6, 2003 | Same | Picked up on the bench warrant. No bond |
| March 10, 2003 | Same | **Judge Urbina revoked def.'s SR. Resentenced to: 6 months jail time with SR period of 30 mths., drug treatment** |
| October 2, 2003 | Same | **2nd SR Period began** |
| November 3, 2003 | Same | Tested Positive for PCP and MJ |
| October 10, 2003 November 10, 2003 | Same | Failed to go to substance abuse evaluations |
| November 19, 2003 | Same | **Failed to report to Prob. Officer about non-compliant behavior** |
| December 23, 2003 | Same | **FTA for HOV before Judge Facciola. BWI** |
| October 13, 2004 Defendant was arrested for | Simple Assault | Disposition unknown |
| October 15, 2004 | Dist. Ct. Case | Returned on bench warrant. Def. was HWOB. |
| October 20, 2004 | Same | HOV held before Mag. Judge and Def. conceded violations except the Simple Assault conduct. |
| November 16, 2004 | Same | Report and Recomm. by Judge Robinson, indicating revocation. |
| December 16, 2004 | Same | Resentenced to 8 months credit for time served |

| | | |
|---|---|---|
| July 24, 2005<br>Def. was arrested for | Poss. of Firearm by Convicted Felon and PWID PCP<br>Cr. No. 05-346 - Instant Case | |
| September 2005 | Same | **FTA for arraignment. BWI** |
| February 16, 2006<br>Def. was arrested for | PWID Cocaine and PCP | PR |

WHEREFORE, the United States respectfully requests that the Court consider these facts which are compiled from the certified copies of the Superior Court and United States District Court court files in determining whether the defendant is a serious flight risk. The government will submit its oral argument at the detention hearing on Thursday, March 2, 2006.

        Respectfully submitted,
        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY

By: _____
        Angela George, Assistant United States Attorney
        DC Bar No. 470-567
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4444
        Washington, D.C.  20530
        202/514-7315
        Angela.George@usdoj.gov