UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Cr. No. 05-346 (EGS) |
| ) | |
| MAURICE CORBIN, ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF FILING

Defendant, Maurice Corbin, through undersigned counsel, respectfully submits the attached proposed order, per the Court's request.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

"/s/"
Rita S. Bosworth
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500