IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Cr. No. 05-346 (EGS) |
| ) | |
| **MAURICE CORBIN** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Mr. Corbin's oral motion to toll the speedy trial clock between March 16, 2006, and April 4, 2006, and for the reasons stated in open court on March 16, 2006, it is by this Court hereby

**ORDERED** that Mr. Corbin's motion is **GRANTED**, and it is further

**ORDERED** that the speedy trial clock is tolled between the aforementioned dates.


Dated:

_____
Emmet G. Sullivan
United States District Judge