UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
     v.                      )     Criminal No. 05-346 (EGS)
                             )
Maurice Corbin               )
               Defendant.    )
                             )

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house __Maurice Corbin__ _____ at Central Treatment Facility until further Order of this Court.

3/16/06
DATE

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE