UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-346 (EGS)** |
| v. | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **MAURICE A. CORBIN,** | : | Ammunition by a Person Convicted of a Crime |
| **Defendant.** | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 48 D.C.C. §904.01(a)(1) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | a Controlled Substance) |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

#### COUNT ONE

On or about July 24, 2005, within the District of Columbia, **MAURICE A. CORBIN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 01-226, did unlawfully and knowingly receive and possess a firearm, that is, a .22 caliber revolver, and did unlawfully and knowingly receive and possess ammunition, that is, .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

   (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## **COUNT TWO**

On or about February 16, 2006, within the District of Columbia, **MAURICE A. CORBIN**, did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

>  (**Unlawful Possession With Intent to Distribute a Controlled Substance**, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
MICHAEL TRUSCOTT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533