**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

  vs.                                                                  Criminal No. 05-346  (EGS)
MAURICE CORBIN
    Defendant.
_____/

**ORDER**

On **MAY 17, 2006**, the defendant pled guilty to the Superseding Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JULY 20, 2006**; defendant's memorandum of law, if any shall be filed by no later than **JULY 27, 2006**; the Government's memorandum of law, if any shall be filed by no later than **AUGUST 3, 2006,** a reply, if any, shall be filed by no later than **AUGUST 10, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **AUGUST 17, 2006 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: May 17, 2006   EMMET G. SULLIVAN
                         UNITED STATES DISTRICT JUDGE