UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.
MAURICE A. CORBIN
    Defendant.

Criminal No. 05-346 (EGS)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)