UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
   Plaintiff,

                    Criminal No. 05-346 (EGS)

MAURICE A. CORBIN
   Defendant

### WAIVER OF INDICTMENT

I, MAURICE A. CORBIN, the above named defendant, who is accused of _____

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                  /s/ Maurice Corbin
                  Defendant

                  /s/ Rita Bosworth
                  Counsel for Defendant

Before _____
   Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment