UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 05-346 (EGS) |
| | : | |
| | : | Sentencing: |
| MAURICE CORBIN | : | |
| | : | |
| Defendant. | : | |
| | : | |

JOINT REPORT

Pursuant to the Court's Order of August 4, 2006, the parties, through their attorneys, conferred on August 4, 2006 and hereby submit this Joint Report. This report is being prepared by counsel for the government, and with the approval of counsel for the defendant. The parties request that the Court set either of the following dates for sentencing in this matter:

September 5th – anytime in the afternoon[1]

September 6th – at whatever time is convenient for the Court

                        Respectfully,
                        KENNETH L. WAINSTEIN
                        United States Attorney

                        By: _____
                        MICHAEL T. TRUSCOTT
                        ASSISTANT UNITED STATES ATTORNEY
                        Member of the New York Bar
                        Federal Major Crimes Section
                        United States Attorney's Office
                        555 Fourth Street, N.W., Room 4237
                        Washington, D.C. 20530
                        Phone: (202) 514-7533
                        Fax: (202) 514-6010

---

[1] Counsel for the United States has two other matters in the morning.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Joint Report caused to be served via United States Mail, postage prepaid, upon counsel of record for the defendant, Rita Bosworth, Federal Defender Service, this 2nd day of August, 2006.

_____
MICHAEL T. TRUSCOTT