HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05CR346-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| CORBIN, Maurice | : | Disclosure Date: <u>July 13, 2006</u> |

**FILED**

**SEP 0 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                       **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

<u>7/20/06</u>  *Maurice Corbin*  *Rita Bosworth* <u>7/21/06</u> Defendant
Date          Defense Counsel                    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>July 27, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Receipt and Acknowledgment

Page 2

First page: Under "aliases," it should be "Maurice Anthony Miller Corbin," not "Millard."

¶42: Mr. Corbin has not lived with Darlene Mungo since before his mother died in 2003. He also does not intend to live there when he is released. Mr. Corbin objects to the last 2 sentences of this paragraph as irrelevant and ask that they be stricken from the report. In fact, the entire paragraph should be re-worded because it is inaccurate. Mr. Corbin submits that it should read as follows:

"Prior to his mother's death in 2003, Mr. Corbin stayed with his God-sister, Darlene Mungo. However, he has not lived there for a number of years."

Signed by: _Rita Bosworth_
(Defendant/Defense Attorney/AUSA)

Date: 7/21/06