HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05CR346-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| CORBIN, Maurice | : | Disclosure Date: <u>July 13, 2006</u> |

**FILED**

SEP 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✗ )   There are no material/factual inaccuracies therein.

( ✗ )   There are material/factual inaccuracies in the PSI report as set forth in the
        attachment herein.

_____          ____7-14-06____
**Prosecuting Attorney**                            **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the
      attachment.

_____**Defendant**

_____          _____
**Date**          **Defense Counsel**          **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>July 27, 2006</u>, to U.S. Probation Officer <u>Valencia
Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
         United States Probation Officer

Receipt and Acknowledgment                                    Page 2

Para #2 - The waived indictment as to Count 2 (of PWID Cocaine) of the superseding information. Count 2 of the indictment was simple possession of PCP

Signed by: _____

(Defendant/Defense Attorney/AUSA)

Date: _____